**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 07-cv-1708-RPM**

GARY LEDERMAN,

Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado Corporation, and
KARL SMITH, individually,

Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO AMEND ANSWER TO COMPLAINT**

---

Upon due consideration of Defendants' "Motion to Amend Answer to Complaint" (# 4, filed October 28, 2007), it is

ORDERED:

1. The motion is GRANTED and the Amended Answer filed contemporaneous with Defendants' Motion to Amend Answer to Complaint is hereby accepted for filing.

Dated this 29th day of October, 2007.

BY THE COURT:

s/Richard P. Matsch

RICHARD P. MATSCH
United States District Senior Judge