IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.     07-cv-01708-RPM


GARY LEDERMAN,


Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado corporation, and
KARL SMITH, individually


Defendants.

_____

ORDER REJECTING STIPULATED MOTION FOR PROTECTIVE ORDER

_____

It is

ORDERED that the stipulated motion for entry of protective order, filed January

2, 2008 [doc. 9] is rejected for failure to comply with D.C. Colo. L.Civ.R. 7.2 and 7.3.

Dated:  January 3, 2008


BY THE COURT:


_____
Richard P. Matsch, Senior District Judge