# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01708 RPM

GARY LEDERMAN,

        Plaintiff(s),

v.

FRONTIER FIRE PROTECTION, INC., a Colorado Corporation, and
KARL SMITH, Individually,

        Defendants.
_____

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT, AND FOR EXTENSION OF TIME TO MOVE FOR LEAVE TO AMEND
_____

        THIS MATTER coming before the Court on Plaintiff's Unopposed Motion for Leave to Amend the Complaint, and for Extension of Time to Move for Leave to Amend,

        IT IS ORDERED that the motion is granted. The Complaint is deemed to be amended to replace the phrase "one-half" in paragraph 14 with the phrase "one and one-half", and the allegations of such paragraph 14, as so amended, shall be deemed denied by Defendants.

        Dated: July 31st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              RICHARD P. MATSCH
                              United States Senior District Judge