**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                   June 30, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,                                            David Lichtenstein
                                                         Nora N. Nye

          Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC.,                          Jeffrey A. Springer
a Colorado corporation and
KARL SMITH, individually,

          Defendants.
_____


**COURTROOM MINUTES**
_____


**Hearing on Cross Motions for Summary Judgment**

**3:02 p.m.        Court in session.**

Defendant Karl Smith present.

Court's preliminary remarks and its summary of the case facts and remaining claim.

3:08 p.m.      Argument by Mr. Lichtenstein.
3:21 p.m.      Argument by Mr. Springer.

**ORDERED:    Defendants' Motion for Summary Judgment, filed July 10, 2008 [11], is
             denied.**

**ORDERED:    Plaintiff's Motion for Partial Summary Judgment, filed July 15, 2008 [13], is
             denied.**

**ORDERED:    Pretrial Conference scheduled September 11, 2009 at 3:00 p.m.**

**3:35 p.m.        Court in recess.**

Hearing concluded.  Total time: 33 min.