IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

     Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado corporation, and
KARL SMITH, individually,

     Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing held on June 30, 2009, it is

ORDERED that a pretrial conference is scheduled for **September 11, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 3, 2009.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

DATED: July 2nd, 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____
                                                Richard P. Matsch, Senior District Judge