IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado corporation, and
KARL SMITH, individually,

    Defendants.

_____

## Amended ORDER FOR HEARING
_____

Pursuant to the response, filed January 29, 2010, to this Court's Order to Show Cause of January 27, 2010, it is now

ORDERED that a hearing on the plaintiff's motion for substitution of party, filed September 2, 2009, will be held on **February 25, 2010, at 2:30 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, and it is

FURTHER ORDERED that notice of the hearing will be given by personal service of this order on the parties named as personal representatives of the estate of Karl Smith identified in the Suggestion of Death of Karl Smith, filed August 21, 2009.

DATED: February 2nd, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge