IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado corporation and
ESTATE OF KARL SMITH,

    Defendants.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on October 25, 2010, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 27th day of October, 2010.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANTS