IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., and
ESTATE OF KARL SMITH,

    Defendants.

_____

## ORDER
_____

    Defendants having filed a notice of appeal, it is

    ORDERED that Plaintiff's Motion for Award of Attorneys' Fees will be considered after a mandate has been issued by the Tenth Circuit Court of Appeals.

    DATED: February 4th 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge