IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., and
ESTATE OF KARL SMITH,

    Defendants.
_____

ORDER DENYING MOTION TO STAY
_____

    On August 15, 2011, the defendants filed an unopposed motion for stay of execution pending appeal, attaching a form of bond to comply with Fed.R.Civ.P. 62(d). The form of bond is not acceptable because it provides for security which is not identified. Accordingly, it is

    ORDERED that the motion is denied.

    DATED: August 16th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge