IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

      Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., and
ESTATE OF KARL SMITH,

      Defendants.

_____

ORDER FOR STAY OF EXECUTION
_____

Upon due consideration of Defendants' "Unopposed Motion for Stay of Execution Pending Appeal" (#76), filed September 1, 2011), it is

ORDERED:

1. The motion is GRANTED, such that:

      a.    the proposed bond attached to the Motion as Exhibit A is hereby APPROVED; and

      b.    upon the Defendants' posting of the approved bond, a stay of execution is IMPOSED to and until the resolution of case number 10-1534 in the United States Court of Appeals for the Tenth Circuit, pursuant to Fed. R. Civ. P. 62(d).

DATED: September 7th, 2011

                          BY THE COURT:


                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge