IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01708-RPM

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC. and
ESTATE OF KARL SMITH,

    Defendants.

## ORDER SETTING TRIAL DATE

Pursuant to today's conference after remand, it is

ORDERED that this matter is set for trial to jury on **December 17, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: August 15th, 2012

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge