IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-1708-RPM**

GARY LEDERMAN,

    Plaintiff,

v.

FRONTIER FIRE PROTECTION, INC., a Colorado Corporation, and
ESTATE OF KARL SMITH,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

    THIS MATTER comes before the Court on the Joint Motion to Dismiss of the parties to this action. Upon review of such Joint Motion to Dismiss with Prejudice, this Court finds that an Order of Dismissal with Prejudice should be entered.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed with prejudice pursuant to the Joint Motion to Dismiss submitted by all parties to this action, with all parties to bear their own costs and fees.

    DONE this 28th day of December, 2012.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    United States District Judge